1  David J. Linden
   Attorney at Law
2  CSBN 41221
   Post Office Box 5780
3  Napa, CA 94581-0780
   Tel. (707) 252-7007
4  Fax. (707) 252-7883
   Email: djl7007@sbcglobal.net
5
   Of Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

                                      ) Case No.: C-07 1395 SC
11 SUZIE STEEN,                       )
                                      )
12         Plaintiff,                 ) STIPULATION AND ORDER FOR
                                      ) EXTENSION
13     vs.                            )
   MICHAEL J. ASTRUE, Commissioner    )
14      of Social Security,           )
                                      )
15                                    )
           Defendant.                 )
16 _____    )

17

18     IT IS HEREBY STIPULATED by the undersigned for the

19 respective parties, subject to the approval of the Court, that

20 Plaintiff shall have a two-week extension of time in which to

21 file her Motion for Summary Judgment.  The Motion was to be

22 filed by November 16, 2007.  With this extension the new filing

23 date will be November 30, 2007.

24

25

              STEEN v. ASTRUE, Stipulation and Order re Extension - 1

1  Dated: November 9, 2007            /s/ *David J. Linden*
                                      DAVID J. LINDEN
2                                     Of Attorneys for Plaintiff

3

4
                                      SCOTT N. SCHOOLS
5                                     United States Attorney

6

7  Dated: November 9, 2007    By:     /s/ *Elizabeth Firer*
                                      *(As authorized via telephone*
8                                     *   on November 7, 2007)*
                                      ELIZABETH FIRER
9                                     Special Assistant U.S. Attorney

10

11     PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiff shall have an

12 additional fourteen days in which to file her Motion for Summary Judgment, up

13 to and including November 30, 2007.

14

15

16 Dated:  11/13/07                    _____
                                      SAMUEL CONTI
17                                    United States District Judge

*IT IS SO ORDERED* — Judge Samuel Conti [signature and seal: United States District Court, Northern District of California]