David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax.    (707) 252-7883
Email: djl7007@sbcglobal.net

Attorney for Plaintiff, Suzie Steen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZIE STEEN,<br><br>        Plaintiff,<br><br>        vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>   of Social Security,<br><br>        Defendant. | Case No.: C-07 1395 SC<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a two-day extension of time in which to file her Motion for Summary Judgment.  The Motion was to be filed by November 30, 2007 pursuant to Stipulation and Order.  With this extension the new filing date is December 2, 2007.  Plaintiff has filed her Motion for Summary Judgment on December 2, 2007 in accordance with this Stipulation.

//

| | | |
|---|---|---|
| 1 | Dated:  December 3, 2007 | /s/ David J. Linden |
| 2 | | DAVID J. LINDEN |
| | | Attorney for Plaintiff |

SCOTT N. SCHOOLS
United States Attorney

Dated:  December 3, 2007            /s/ Elizabeth Firer
                                    (As authorized via telephone on December 3, 2007)
                                    ELIZABETH FIRER
                                    Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiff shall have an additional two days in which to file her Motion for Summary Judgment, up to an including December 2, 2007.

Dated:  12/5/07

IT IS SO ORDERED
Judge Samuel Conti

SAMUEL CONTI
United States District Judge

//

//