1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZIE STEEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-01395 SC<br><br>STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 14-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary due to the heavy case load of the Special Assistant United States Attorney assigned to this case, and an office-wide restructuring of attorney responsibilities.

The Commissioner's response to Plaintiff's Motion for Summary Judgment was due on January 7, 2008, it will now be due on January 22, 2008 (day 14 falls on a holiday).

///

///

| | | |
|---|---|---|
| Dated: January 7, 2008 | | /s/ *David J. Linden*<br>*(As authorized via telephone on January 7, 2008)*<br>DAVID J. LINDEN<br>Attorney for Plaintiff |
| | | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: January 7, 2008 | By: | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary Judgment, up to and including January 22, 2008.

Dated: 1/8/08

IT IS SO ORDERED
*Samuel Conti*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA