David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax.   (707) 252-7883
Email: djl7007@sbcglobal.net

Attorney for Plaintiff, Suzie Steen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZIE STEEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>   of Social Security,<br><br>        Defendant. | Case No.: C-07 1395 SC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a fourteen-day extension of time in which to file her reply to Defendant's Notice, Motion and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion of Summary Judgment or Remand. Plaintiff's Reply was to be filed by February 6, 2008 pursuant to the Court's Procedural Order for Social Security Review Actions. With this extension Plaintiff's Reply is due by February 20, 2008.

//

Dated: January 24, 2008         /s/ David J. Linden
                                DAVID J. LINDEN
                                Attorney for Plaintiff




                                SCOTT N. SCHOOLS
                                United States Attorney



Dated: January 24, 2008         /s/ Elizabeth Firer
                                (As authorized via e-mail on January 23, 2008)
                                ELIZABETH FIRER
                                Special Assistant U.S. Attorney



PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff shall have an additional fourteen days in which to file her Reply, up to an including February 20, 2008.


Dated: 1/24/08                                              _____
                                                            SAMUEL CONTI
                                                            United States District Judge

//
//